UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALFONSO HERNANDEZ, | No.  1:24-cv-00736-KES-SKO (HC) |
| Petitioner, | **ORDER REGARDING RESPONDENT'S NOTICE OF REQUEST TO SEAL DOCUMENTS** |
| v. | |
| JASON SCHULTZ, Warden, | **[Doc. 9]** |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He is represented in this action by Robert J. Beles, Esq.

On August 20, 2024, Respondent filed a notice of request to seal documents pursuant to Local Rule 141(b). (Doc. 9.) Respondent states he is requesting one volume of confidential clerk's transcripts be filed in this case under seal.  As of this date and to the Court's knowledge, the request to seal and accompanying documents have not been received. The documents are necessary for review of the claims and Respondent is DIRECTED to submit his request to seal documents within fourteen (14) days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **September 30, 2024**                          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1