UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALFONSO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ, Warden,<br><br>Respondent. | No. 1:24-cv-00736-KES-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**[TEN DAY DEADLINE]** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He is represented in this action by Robert J. Beles, Esq.

On August 20, 2024, Respondent filed a notice of request to seal documents pursuant to Local Rule 141(b). (Doc. 9.) Respondent stated he was requesting one volume of confidential clerk's transcripts be filed in this case under seal. The request to seal and accompanying documents were not received by the Court or the Clerk.[1] On September 30, 2024, the Court issued an order directing Respondent to submit his Request to Seal Documents pursuant to Local Rule 141(b) within fourteen (14) days. (Doc. 12.) Fourteen days have now passed, and Respondent has failed to comply or respond in any way to the Court's Order.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules

---

[1] The Clerk's search of the appropriate email box proved unsuccessful, and no filings on paper were received.

1

or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within ten (10) days of service of this Order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:   **October 15, 2024**                         /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE