# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALFONSO HERNANDEZ,<br><br>  Petitioner,<br><br>  v.<br><br>JASON SCHULTZ, Warden,<br><br>  Respondent. | Case No.  1:24-cv-00736-KES-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL DOCUMENTS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>[Doc. 13] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He is represented in this action by Robert J. Beles, Esq.

On August 20, 2024, Respondent filed a notice of request to seal documents pursuant to Local Rule 141(b). (Doc. 9.) The Court is in receipt of Respondent's request to seal and the confidential clerk's transcripts.

Good cause having been presented, and good cause appearing therefor, Respondent's request to seal documents is GRANTED. The Court's Order to Show Cause dated October 16, 2024, is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:  __**October 16, 2024**__           _/s/ Sheila K. Oberto_           
                                                                UNITED STATES MAGISTRATE JUDGE

1